IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FREDERICK F. BULLARD,

   Petitioner,

vs.            CIVIL ACTION NO.: CV211-052

ANTHONY HAYNES, Warden,

   Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections and a Response thereto have been filed. In his Objections, Petitioner Frederick Bullard ("Bullard") alleges that he was erroneously classified as a career offender and his sentence exceeds the statutory maximum. However, Bullard's allegation is misplaced, as the maximum sentence Bullard faced for his conviction for violating 21 U.S.C. § 841(a)(1), pursuant to the applicable penalty statute, was life imprisonment. Bullard's 40 year sentence does not exceed the maximum sentence authorized by statute. Thus, his claim is foreclosed by the Eleventh Circuit Court of Appeals' decision in <u>Gilbert v. United States</u>, 640 F.3d 1293 (11th Cir. 2011).

AO 72A
(Rev. 8/82)

Bullard's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Bullard's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 6 day of March, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)